1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,           ) Case No. 1:06-cr-00012-AWI
10  Plaintiff,                         ) STIPULATION AND WAIVER TO CON-
                                       ) TINUE HEARING ON MOTIONS AND
11  vs.                                ) ORDER
                                       )
12  MATTHEW HOLDEN                     )
                                       )
13  Defendant                         )

14
15     It is  hereby stipulated that the date  for  hearing on motions and status
16  conference be continued from May 15,  2006, 9:00 a.m.,  to July 17,  1:30 p.m. The
17  parties stipulate that the defendant shall file by June 6,  the government to respond by
18  July 3, replies by July 10. The parties agree that the delay resulting from the
19  continuance shall be excluded in the interests of justice, including the need for time for
20  effective assistance of counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
21  3161(h)(B)(iv).

22
23  DATED: May 3, 2006          /s/STEPHEN MENSEL
                                 STEPHEN MENSEL
24                               Attorney for Defendant MATTHEW HOLDEN

25  DATED: May 3, 2006          McGREGOR W. SCOTT, United States Attorney

26                               /s/ SHERRILL ANNE CARVALHO
                                 By SHERRILL ANNE CARVALHO
27                               Assistant United States Attorney

28

1

**ORDER**

2

IT IS SO ORDERED.

3

4

**Dated:    May 5, 2006**           **/s/ Anthony W. Ishii**

5

9h0d30           UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28