STEPHEN MENSEL
Attorney at Law, Cal. Bar No. 55926
1221 Van Ness Ave., Suite 305
Fresno, CA 93721.1720
Telephone: 559.237.2600
smenselatty@sbcglobal.net

Counsel for Defendant
MATTHEW HOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW HOLDEN<br>Defendant. | Case No. 1:06-cr-00012-AWI<br><br>STIPULATION AND WAIVER TO CONTINUE HEARING ON MOTIONS AND ORDER |

It is hereby stipulated that the date for hearing on motions and status conference be continued from August 7, 2006, 9:00 a.m., to August 21, 9:00 a.m. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including the need for time for effective assistance of counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: July 14, 2006          /s/STEPHEN MENSEL
                              STEPHEN MENSEL
                              Attorney for Defendant MATTHEW HOLDEN

DATED: July 14, 2006          McGREGOR W. SCOTT, United States Attorney

                              /s/ SHERRILL ANNE CARVALHO
                              By SHERRILL ANNE CARVALHO
                              Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   July 14, 2006              /s/ Anthony W. Ishii

0m8i78                              UNITED STATES DISTRICT JUDGE