STEPHEN MENSEL
Attorney at Law, Cal. Bar No. 55926
1221 Van Ness Ave., Suite 305
Fresno, CA 93721.1720
Telephone: 559.237.2600
smenselatty@sbcglobal.net

Counsel for Defendant
MATTHEW HOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW HOLDEN<br>Defendant. | Case No. 1:06-cr-00012-AWI<br><br>STIPULATION AND WAIVER TO CONTINUE HEARING ON MOTIONS AND PROPOSED ORDER |

It is hereby stipulated that the date for hearing on motions and status conference be continued from August 21, 2006, 9:00 a.m., to August 28, 9:00 a.m. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including the need for time for effective assistance of counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: August 16, 2006           /s/STEPHEN MENSEL
                                 STEPHEN MENSEL
                                 Attorney for Defendant MATTHEW HOLDEN

DATED: August 16, 2006           McGREGOR W. SCOTT, United States Attorney

                                 /s/ SHERRILL ANNE CARVALHO
                                 By SHERRILL ANNE CARVALHO
                                 Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   August 18, 2006**           /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE