STEPHEN MENSEL
Attorney at Law, Cal. Bar No. 55926
1221 Van Ness Ave., Suite 305
Fresno, CA 93721.1720
Telephone: 559.237.2600
smenselatty@sbcglobal.net

Counsel for Defendant
MATTHEW HOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW HOLDEN<br><br>Defendant. | Case No. 1:06-cr-00012-AW<br><br>APPLICATION FOR ORDER EXONERATING BOND AND ORDER |

Defendant, MATTHEW HOLDEN, by and through his counsel hereby moves this court for an order exonerating the $100,000 unsecured bond posted in the above-captioned case on January 23, 2006.

On August 28, 2006, pursuant to his plea agreement Mr. Holden was taken into custody without bail pending sentencing. At the conclusion of the change of plea hearing counsel stated he would prepare this application and order.

Dated: August 29, 2006         /s/Stephen Mensel
                               STEPHEN MENSEL, Attorney For Defendant

ORDER

IT IS HEREBY ORDERED that the bond in the above-captioned case be exonerated.

IT IS SO ORDERED.

Dated:   August 30, 2006            /s/ Anthony W. Ishii

0m8i78                              UNITED STATES DISTRICT JUDGE